UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY FARMER,
    Plaintiff,

v.

                                  Case No. 4:24-cv-13339
                                  Hon. F. Kay Behm
                                  Hon. Kimberly G. Altman

EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.
_____

## NOTICE OF SETTLEMENT WITH
## EQUIFAX INFORMATION SERVICES, LLC

Plaintiff and Equifax Information Services, LLC ("Equifax") have settled their dispute and Plaintiff intends to file a dismissal of Equifax by April 11, 2025.

                                  Respectfully submitted,

Dated: February 11, 2025        /s/ Carl Schwartz
                                  Carl Schwartz
                                  Credit Repair Lawyers of America
                                  27600 Farmington Rd, Suite 108
                                  Farmington Hills, MI 48334
                                  Phone: (248) 353-2882
                                  Fax: (248) 353-4840
                                  Email: carl@crlam.com
                                  *Attorneys for Plaintiff*

**Proof of Service**

I, Carl Schwartz, hereby state that on February 11, 2025, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

                                  /s/ Carl Schwartz