UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY FARMER,
    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.

Case No. 4:24-cv-13339
Hon. F. Kay Behm
Hon. Kimberly G. Altman

_____

## NOTICE OF SETTLEMENT WITH CAPITAL ONE, N.A.

Plaintiff and Capital One, N.A. ("Capital One") have settled their dispute and Plaintiff intends to file a dismissal of Capital One by June 3, 2025.

Respectfully submitted,

Dated: April 3, 2025

/s/ Carl Schwartz
Carl Schwartz
Credit Repair Lawyers of America
27600 Farmington Rd, Suite 108
Farmington Hills, MI 48334
Phone: (248) 353-2882
Fax: (248) 353-4840
Email: carl@crlam.com
*Attorneys for Plaintiff*

**Proof of Service**

I, Carl Schwartz, hereby state that on April 3, 2025, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Carl Schwartz