UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COREY FARMER, | Case No. 24-13339 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CITIBANK, N.A., | Kimberly G. Altman |
| | United States Magistrate Judge |
| Defendant. | |
| ______________________________/ | |

**ORDER OF DISMISSAL**

On August 19, 2026, the court ordered Plaintiff, within 30 days, if he wished to proceed in this matter, to have a new attorney file an appearance or file an appearance indicating that he wished to proceed pro se. The court warned that failure to take either of these actions would result in dismissal of the case without prejudice. *See* Text-Only Order dated 8/19/26. More than 30 days have passed since the court entered its order and no appearance of counsel or Plaintiff has occurred. Accordingly, this matter is **DISMISSED** without prejudice. This is a final order and closes the case.

**SO ORDERED**.

Dated: October 5, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge