UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COREY FARMER, | Case No. 24-13339 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CITIBANK, N.A., | Kimberly G. Altman |
| | United States Magistrate Judge |
| Defendant. | |
| ______________________________ / | |

# JUDGMENT

In accordance with the Order of Dismissal issued on October 5, 2026, the case is **DISMISSED**.

**SO ORDERED**.

Date: October 5, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge